FILED

01/14/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0153

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 24-0153

WILD MONTANA; MONTANA WILDLIFE FEDERATION; AND MONTANA ASSOCIATION OF COUNTIES,

*Petitioners, Plaintiff, and Appellees/Cross-Appellants*,

v.

GREG GIANFORTE, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF MONTANA; AND CHRISTI JACOBSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF STATE,

*Defendants and Appellants/Cross-Appellees.*

## [PROPOSED] ORDER

Pursuant to Appellees' second unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellees have until February 17, 2025, to prepare, file, and serve Appellees' opening and answer brief.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 14 2025